UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER KNUTSON,<br><br>　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　Defendant | Civil No. C08-1522-JCC<br><br><br>~~PROPOSED~~ ORDER FOR REMAND |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Upon remand, the administrative law judge (ALJ) will obtain more definitive information regarding Plaintiff's past relevant work and whether Plaintiff has the residual functional capacity to perform such past relevant work. If Plaintiff has no past relevant work, the ALJ will proceed to the next step of the sequential evaluation process and obtain vocational expert testimony about jobs in the national economy that Plaintiff can perform given his residual functional capacity.

Page 1　　ORDER - [C08-1522-JCC-MAT]

The Commissioner has noted that Plaintiff has filed subsequent disability claims that have been denied at the initial level. Upon remand, the ALJ will consolidate the claims and issue a decision on the associated claims.

Plaintiff will be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. No specific aspect of the Commissioner's final decision, including his residual functional capacity and credibility findings, is affirmed. Plaintiff may submit additional evidence and arguments to the ALJ on remand.

DATED this 7th day of April 2009.

/s/ John C. Coughenour

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 3rd day of April, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov

Page 2      ORDER - [C08-1522-JCC-MAT]